Fill in this information to identify the case:

United States Bankruptcy Court for the:

_NEW JERSEY_ District of _____
(State)

Case number (if known) _____   Chapter _____

**FILED**
JEANNE A. NAUGHTON, CLERK

JAN 11 2024

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2024 JAN 11  A 4: 43

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1:   Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

| | |
|---|---|
| 1. Chapter of the Bankruptcy Code | Check one:<br>☐ Chapter 7<br>☑ Chapter 11 |

## Part 2:   Identify the Debtor

**2. Debtor's name**

_LE CARRADARIE INC._

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

_DBA CAMPOST BISTRO_

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

EIN ____ — _____

**5. Debtor's address**

Principal place of business

_976_   _ATLANTIC CITY BLVD_
Number   Street

_PINE BEACH_   _NJ_   _08741_
City   State   ZIP Code

_OCEAN_
County

Mailing address, if different

_____   _____
Number   Street

P.O. Box _____

_____   _____   _____
City   State   ZIP Code

Location of principal assets, if different from principal place of business

_____   _____
Number   Street

_____
City   State   ZIP Code

Debtor  *LE CAMPADARIE INC.*
    Name

Case number *(if known)*_____

---

**6.  Debtor's website (URL)**  _____

**7.  Type of debtor**

- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other type of debtor. Specify: _____

**8.  Type of debtor's business**

*Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the types of business listed.
- ☐ Unknown type of business.

**9.  To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- ☒ No
- ☐ Yes. Debtor _____  Relationship _____

  District _____ Date filed _____  Case number, if known_____
                                         MM / DD / YYYY

  Debtor _____  Relationship _____

  District _____ Date filed _____  Case number, if known_____
                                         MM / DD / YYYY

---

### Part 3:  Report About the Case

**10. Venue**

*Check one:*

- ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

- ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- ☒ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Debtor  _CE CAPPADARIE Inc._____     Case number (if known)_____
        Name

**13. Each petitioner's claim**     Name of petitioner     Nature of petitioner's claim     Amount of the claim above the value of any lien

| | | | |
|---|---|---|---|
| ECI KLEIN | LOAN | $ | 70,000 |
| HARRY FISHER | LOAN | $ | 480,000 |
| KRAEL FARKASH | LOAN | $ | 50,000 |

Total of petitioners' claims     $ 600,000

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

**Part 4:   Request for Relief**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**     **Attorneys**

Name and mailing address of petitioner

ECI KLEIN
Name

8   BARTENURA
Number   Street

LAKEWOOD          N.J.      08701
City              State     ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City     State     ZIP Code

Printed name _____

Firm name, if any _____

Number   Street _____

City     State     ZIP Code _____

Contact phone _____   Email _____

Bar number _____

State _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  A 5 2024
             MM / DD / YYYY

✗         A.K.
Signature of petitioner or representative, including representative's title

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Debtor  LA CAMPADARIE INC.
Name

Case number (if known) _____

**Name and mailing address of petitioner**

ISRAEL FARKASH
Name

1903 NEW YORK AVE
Number    Street

BROOKYN              NY        11210
City                 State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                 State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1  5  2024
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City                 State     ZIP Code

Contact phone _____    Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

**Name and mailing address of petitioner**

HARRY FISHER
Name

1903  MERCEDES BIVD
Number    Street

TOMS RIVER          NJ        08755
City                 State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                 State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1  5  2024
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City                 State     ZIP Code

Contact phone _____    Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

From: Eli Klein

2 Bartenura Rd, Lakewood, NJ 08701

For

US Bankruptcy Court

50 Walnut St # 3017, Newark, NJ 07102

U.S. CLERK
DISTRICT COURT
DISTRICT OF NEW JERSEY
RE    D

2024 JAN 11  A 4: 43